```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                         AT ROANOKE, VA
                                                              FILED
```

IN THE UNITED STATES DISTRICT COURT           OCT 2 5 2006
FOR THE WESTERN DISTRICT OF VIRGINIA      JOHN F. CORCORAN, CLERK
            ROANOKE DIVISION              BY:
                                             DEPUTY CLERK

| | |
|---|---|
| **MYRNA JOSEPHINE HOLT WILSON,** ) | |
| Petitioner, ) | Civil Action No. 7:06-cv-00605 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | By: Samuel G. Wilson |
| Respondent. ) | United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** and **ADJUDGED**

that the above referenced motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED** without prejudice as successive and the case is hereby **STRICKEN** from the active docket.

Wilson is advised that she may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to all parties.

ENTER: This 25th day of October, 2006.

_____
United States District Judge